IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **HAILEY GEAR,**<br><br>*Plaintiff,*<br><br>v.<br><br>**USA GYMNASTICS INC.; UNITED STATES CENTER FOR SAFESPORT; SEAN GARDNER; CHOW, INC. D/B/A CHOW GYMNASTICS AND DANCE INSTITUTE; CHOW COMMERCIAL HOLDINGS, L.L.C.; LIANG QIAO A/K/A LIANG CHOW; and LIWEN ZHUANG,**<br><br>*Defendants.* | Case No. 4:26-cv-00004-SHL-SBJ<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS AS TO DEFENDANT USA GYMNASTICS INC.** |

Plaintiff Hailey Gear ("Plaintiff") and Defendant USA Gymnastics Inc. ("USAG") (together, the "Parties"), respectfully and jointly submit this Stipulation to stay all proceedings as to Defendant USA Gymnastics Inc. In support of their Stipulation, the Parties state as follows:

1. On December 5, 2025, Plaintiff filed a civil action in the Iowa District Court for Polk County (the "State Action").

2. On January 2, 2026, Defendant United States Center for Safesport ("Safesport") removed the State Action to this Court. *See* Dkt. 1.

3. On January 8, 2026, USAG moved for, and was granted, a forty-five-day extension of time (until February 16, 2026) to respond to the Complaint. *See* Dkts. 3, 4. The primary reason for USAG's request for an extension of time was an ongoing bankruptcy proceeding, *In re USA Gymnastics*, No. 18-09108-JJG-11 (S.D. Ind. Bankr.) (the "Bankruptcy Action"), in which USAG has moved to enforce the bankruptcy discharge it received under its confirmed plan of reorganization. To the extent relief is granted in the Bankruptcy Action, it will serve to bar Plaintiff's claims as to USAG entirely in this Action.

4. A dispositive hearing was previously scheduled in the Bankruptcy Action for January 20, 2026. At Plaintiff's request, that hearing was adjourned until February 13, 2026. Bankruptcy Action, Dkt. 1969.

5. Given the extension of the hearing in the Bankruptcy Action, and to preserve judicial economy and efficiency, Plaintiff and USAG agree to stay all deadlines and proceedings as to USAG in this matter. For the avoidance of doubt, the stay includes, but is not limited to, USAG's deadline to respond to the Complaint and all other existing Court-imposed deadlines.

6. This stipulated stay is specific only to USAG. It does not affect any other Defendant in this Action.

7. Within fourteen days of the resolution of the Bankruptcy Action, Plaintiff and USAG will jointly submit a Status Report to this Court.

WHEREFORE, Plaintiff and USAG respectfully request that this Court enter an order staying all proceedings as to Defendant USA Gymnastics, Inc. pending resolution of the Bankruptcy Action and for all other and further relief the Court deems appropriate and necessary.

Dated: February 5, 2026

Respectfully submitted,

/s/ *Mark E. Spellman*
Mark E. Spellman
Christine M. Creighton
Spellman Law Firm
1024 Second Street
Perry, IA 50220
Telephone: (515) 465-5326
Email: mark@spellmanlawfirm.com

John C. Manly
Alexandra P. Ogron
Evan J. Baker
Manly Stewart & Finaldi
19100 Von Karman Ave., Suite 800
Telephone: (949) 252-9990
Email: jmanly@manlystewart.com
*Counsel for Plaintiff*

/s/*Steve Eckley*
Stephen R. Eckley, IA#0002250
Eckley Law PLLC
606 Walnut Street, Suite 2308
Des Moines, IA 50309
Telephone: (515) 218-1717
Email: steve@steveeckleylaw.com

Desirée F. Moore
(*pro hac vice forthcoming*)
Venable LLP
227 W. Monroe Street, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 820-3436
Email: dmoore@venable.com

Katherine Wright Morrone
(*pro hac vice forthcoming*)
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 344-4262
Email: kwmorrone@venable.com

*Counsel for Defendant USA Gymnastics Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 5, 2026 a true and correct copy of the foregoing has been served via the Court's CM/ECF system on the following:

Mark E. Spellman
Christine M. Creighton
Spellman Law Firm
1024 Second Street
PO Box 550
Perry, IA 50220

John C. Manly
Alexandra P. Ogron
Evan J. Baker
Manly Stewart & Finaldi
19100 Von Karman Ave., Suite 800
Irvine, CA 92612

*Attorneys for Plaintiff*

Ellen C. Mathis
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Ave., Suite 700
Kansas City, MO 64112

*Attorneys for United States Center for SafeSport*

Sarah Schleisman
Janice M. Thomas
LAMSON DUGAN & MURRAY, LLP
6400 Westown Parkway, Suite 200
West Des Moines, IA 50266

*Attorneys for Chow, Inc. d/b/a Chow Gymnastics and Dance Institute, Chow Commercial Holdings, L.L.C., and Liang Qiao a/k/a Liang Chow*

      I hereby certify that on February 5, 2026 a true and correct copy of the foregoing has been served via United States Mail, postage prepaid, on the following:

Sean Gardner
PRCSO
200 South Main St.
Poplarville, MS 39470

*Defendant*

Liwen Zhuang
2210 Chows Olympic Ave.
West Des Moines, IA 50265

*Defendant*

                                      /s/ *Steve Eckley*
                                      Steve Eckley