IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| HAILEY GEAR,<br><br>    PLAINTIFF,<br><br>vs.<br><br>USA GYMNASTICS INC.; UNITED STATES CENTER FOR SAFESPORT; SEAN GARDNER; CHOW, INC. D/B/A CHOW GYMNASTICS AND DANCE INSTITUTE; CHOW COMMERCIAL HOLDINGS, L.L.C.; LIANG QIAO A/K/A LIANG CHOW; and LIWEN ZHUANG,<br><br>    DEFENDANTS. | CASE NO. 4:26-cv-00004-SHL-SBJ<br><br><br>NOTICE OF<br>DISMISSAL WITHOUT PREJUDICE WITH RESPECT TO<br>USA GYMNASTICS INC. ONLY |

COMES NOW Plaintiff Hailey Gear, by and through her undersigned counsel, and hereby dismisses all claims against Defendant USA Gymnastics Inc. without prejudice accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

_____
MARK E. SPELLMAN   # AT0007471

_____
CHRISTINE M. CREIGHTON # AT0001691

_____

1

        ELIZABETH S. PUDENZ #AT0012605
        SPELLMAN LAW FIRM LLP
        319 S.W. 5th Street, Suite 201
        Des Moines, IA 50309
        Telephone: 515-465-5326
        Fax: 515-465-3193
        E-mail: mark@spellmanlawfirm.com
               christine@spellmanlawfirm.com
               beth@spellmanlawfirm.com
        ATTORNEYS FOR PLAINTIFF

Original Filed

Sean Gardner
PRCSO
200 South Main St.
Poplarville, MS 39470
PRO SE

Stephen R. Eckley
ECKLEY LAW PLLC
666 Walnut Street, Suite 2308
Des Moines, IA 50309
515-218-1717
Fax: (515) 218-1555
Email: steve@SteveEckleyLaw.com

Desirée F. Moore
(pro hac vice forthcoming)
Venable, LLP
227 W. Monroe Street, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 820-3436
Email: dmoore@venable.com

Katherine Wright Morrone
(pro hac vice forthcoming)
Venable, LLP
600 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 344-4262
Email: kwmorrone@venable.com
ATTORNEYS FOR DEFENDANT USA
GYMNASTICS, INC.

Ellen C. Mathis

LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Ave., Suite 700
Kansas City, MO 64112
ATTORNEYS FOR UNITED STATES CENTER
FOR SAFESPORT

Sarah E. Schleisman
Janice M. Thomas
LAMSON DUGAN & MURRAY, LLP
6400 Westown Parkway, Suite 280
West Des Moines, IA 50266
Phone: (515) 513-5003
Email: jthomas@ldmlaw.com
       sschleisman@ldmlaw.com
ATTORNEYS FOR DEFENDANTS CHOW, INC. d/b/a
CHOW GYMNASTICS AND DANCE INSTITUTE,
CHOW COMMERCIAL HOLDINGS, L.L.C., and
LIANG QIAO a/k/a LIANG CHOW

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on March 10, 2026,
By:

| | |
|---|---|
| US MAIL | |
| HAND DELIVERY | |
| FEDERAL EXPRESS | |
| UPS | |
| FACSIMILE | |
| EFILE ON EDMS | X |
| EFILE ON WCES SYSTEM | |
| EMAIL IN WORD FORMAT | |
| EMAIL IN PDF FORMAT | |
| OTHER: | |



Signature _____